THE PEOPLE OF THE STATE OF NEW YORK ex rel. PHILIP B. KOHUT, Respondent, *v.* HENRY K. HENDRICKSON, as Sheriff of Nassau County, Respondent.

THE PEOPLE OF THE STATE OF NEW YORK, Appellant.

Argued November 15, 1937; decided November 30, 1937.

564

*Martin W. Littleton,* District Attorney (*Philip Huntington* of counsel), for appellant.

*Jerome M. Hirsch* and *Bernard Reich* for respondent.

Order affirmed, without costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.